# [J-64-2015]
## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WALLER CORPORATION, | : | No. 6 WAP 2015 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court entered June 30, 2014 at No. 380 |
| | : | WDA 2013 affirming the Judgment of the |
| v. | : | Court of Common Pleas of Washington |
| | : | County entered February 1, 2013 at No. |
| | : | 2007-1585. |
| WARREN PLAZA, INC., | : | |
| | : | |
| Appellant | : | ARGUED: October 6, 2015 |

## ORDER

**PER CURIAM**                    **DECIDED: DECEMBER 21, 2015**

The appeal is dismissed as having been improvidently granted.